O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK NASSIRI dba RED RABBIT PARKING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CORONA; HECTOR ENRIQUE SENG (aka HECTOR ENRIQUE SENG SAMAYOA); LIDUVINA JIMINEZ; JOSE S. RAMOS; HUGO G. GUTIERREZ; CARLOS E. RIVERA; ANIBAL GUTIERREZ,<br><br>　　　　Defendants. | Case No. CV 08-01061 DDP (RCx)<br><br>**ORDER DISMISSING CASE**<br><br>[Motion filed on June 27, 2008] |

　　Plaintiff's motion for voluntary dismissal is GRANTED. This action is hereby DISMISSED WITHOUT PREJUDICE, and all judgments within this case heretofore entered are VACATED.

IT IS SO ORDERED.

Dated: July 14, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge